UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOM H. FOULDS,<br><br>             Plaintiff,<br><br>  -vs-<br><br>MERRILL DAVIDOFF, DANIEL BERGER, and BERGER & MONTAGUE, P.C.,<br><br>             Defendants. | NO.   CV-11-3033-WFN<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Before the Court is the parties' Agreed Motion to Dismiss Case with Prejudice. The parties have advised that they have reached a settlement in this matter. The Court has reviewed the file and is fully informed. Accordingly,

**IT IS ORDERED** that the Agreed Motion to Dismiss Case with Prejudice, **ECF No. 15**, is **GRANTED**. The parties will bear their own costs.

The District Court Executive is directed to file this Order, provide copies to counsel and **CLOSE THIS FILE**.

**DATED** this 27th day of April, 2011.

                                                        s/ Wm. Fremming Nielsen
                                                WM. FREMMING NIELSEN
04-27                            SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE
WITH PREJUDICE